AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Gordon Leroy Hall | )<br>)<br>) Case No. 6:14CR00265-JDA<br>)<br>) Charging District's<br>) Case No. ~~CR14-8020-PCT-DGC~~    CR-14-184-PHX-NVW |
| Defendant | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Arizona ,
(if applicable) _____ division. The defendant may need an interpreter for this language:
_____ .

The defendant: ☐ will retain an attorney.

               ☐ is requesting court-appointed counsel.
               **REFUSED COURT-APPOINTED COUNSEL IN COURT ON THIS DATE**
The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 04/28/2014                                              s/ Jacquelyn D. Austin
                                                                        *Judge's signature*

                                             Jacquelyn D. Austin, United States Magistrate Judge
                                                                            *Printed name and title*

[Print]    [Save As...]                                                                                                    [Reset]

CLOSED

# U.S. District Court
# District of South Carolina (Greenville)
# CRIMINAL DOCKET FOR CASE #: 6:14-cr-00265-JDA All Defendants
# Internal Use Only

| | |
|---|---|
| Case title: USA v. Hall | Date Filed: 04/28/2014 |
| | Date Terminated: 04/28/2014 |

Assigned to: Magistrate Judge Jacquelyn D Austin

### Defendant (1)

**Gordon Leroy Hall**
*TERMINATED: 04/28/2014*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:514(a)(1) and 2 FICTITIOUS OBLIGATION INTENDED TO DEFRAUD (4 COUNTS) AND 18:922(g)(1) and 924(a)(2) POSSESSION OF FIREARMS BY CONVICTED FELON (FORFEITURE), Rule 40 from District of Arizona | |

**Plaintiff**

USA                                              represented by  **William J Watkins , Jr**
                                                                 US Attorneys Office (Gville)
                                                                 55 Beattie Place
                                                                 Suite 700
                                                                 Greenville, SC 29601
                                                                 864-282-2100
                                                                 Fax: 864-233-3158
                                                                 Email: bill.watkins@usdoj.gov
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 04/28/2014 | 1 | | Arrest (Rule 40) of Gordon Leroy Hall (ncha, ) (Entered: 04/28/2014) |
| 04/28/2014 | 2 | | NOTICE OF HEARING as to Gordon Leroy Hall: Initial Appearance - Rule 40 set for 4/28/2014--following Defendant's 11:30 hearing with Judge Childs--- in Greenville #1, Clement F Haynsworth Fed Bldg, 300 E Washington St, Greenville before Magistrate Judge Jacquelyn D Austin. (ncha, ) (Entered: 04/28/2014) |
| 04/28/2014 | 3 | ☑ | Rule 5c3 Documents Received as to Gordon Leroy Hall (ncha, ) (Entered: 04/28/2014) |
| 04/28/2014 | 4 | | **Minute Entry for proceedings held before Magistrate Judge Jacquelyn D Austin: Initial Appearance in Rule 5(c)(3) Proceedings as to Gordon Leroy Hall held on 4/28/2014. Defendant present in custody. Federal Public Defender Ben Stepp also present but not appointed to represent Defendant at the request of Defendant. Defendant advised he would notify the Court in future if he seeks representation. Arizona charges were placed on the record. Defendant ordered detained and recommitted to the District of Arizona where bond may be further addressed. (Defendant received a sentence of 180 months from Judge Childs under case 6:13-170 on this date). Court Reporter Judi Johnson. (ncha, ) (Entered: 04/28/2014)** |
| 04/28/2014 | 5 | ☑ | **COMMITMENT TO ANOTHER DISTRICT** as to Gordon Leroy Hall. Defendant committed to District of Arizona. Signed by Magistrate Judge Jacquelyn D Austin on 4/28/2014.(ncha, ) (Entered: 04/28/2014) |

| 04/28/2014 | 🔒 | 6 | (Court only) ***Case Terminated as to Gordon Leroy Hall. Documents sent via e-mail to the Arizona. (ncha, ) (Entered: 04/28/2014) |

View Selected

or

Download Selected