GORDON LEROY HALL
c/o 3546 EAST PRESIDIO CIRCLE
MESA, ARIZONA 85213
E-Mail: Leroynildebet@GMAIL.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| UNITED STATES OF AMERICA, | Case No.: 2:2014-cr-00184 |
|---|---|
| Plaintiff, | |
| vs. | **PETITION FOR COURT TO TAKE MANDATORY JUDICIAL NOTICE OF SEALED FILING IN CHAMBERS** |
| GORDON LEROY HALL, | |
| Defendant. | |

Comes now GORDON LEROY HALL as Defendant/Beneficiary, in special appearance to Petition this Court to open the sealed filing-filed on June 10, 2014 (hereinafter "the Filing") by the Defendant/Grantor/Beneficiary and to take mandatory judicial notice of the contents therein as containing an acceptance of the Defendant's duties and obligations to resolve the matters in this Court and to furthermore take mandatory judicial notice of the Defendant's non-negotiable endorsement and assignment of the property titles in this Matter by appointment of a fiduciary to process the transfer of equitable title to the fiduciary and to resolve the accounting in this Matter to discharge the public accounting and to setoff the private accounts.

Upon taking mandatory judicial notice of the contents of the Filing, the Defendant/Grantor/Beneficiary requests that: 1) This Court order the Filing to be sealed in order to protect all parties from any prejudice by any public disclosure of the private confidential information contained therein; and 2) This Court track the actions of the appointed Trustee/fiduciary to confirm the timely performance of the Trustee/fiduciary's acts and actions to resolve this Matter for the Plaintiff, UNITED STATES OF AMERICA, and the

PAGE 1 OF 2

Defendant/Beneficiary GORDON LEROY HALL; and/or 3) If said Trustee/Fiduciary fails to perform said acts and actions set forth in the appointment, to call the said Trustee/Fiduciary so appointed to show cause why the Trustee/fiduciary's lack of acts and actions does not estop the Plaintiff in this Case from any further actions against the Defendant/Beneficiary herein, and so order the discharge of the Defendant/Beneficiary herein from any further duties in this Case.

RESPECTFULLY SUBMITTED this 10th day of June 2014.

GORDON LEROY HALL

By: *Gordon LeRoy Hall*

IN THE DISTRICT OF THE UNITED STATES

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | CASE NO. 2:2014-cr-00184 |
| V. | |
| GORDON LEROY HALL | CERTIFICATE OF SERVICE |
| Defendant. | |

I HEREBY CERTIFY that, on the 10th day of June 2014, I did cause Donald Westover to furnish via United States Postal Service a true and correct copy of a **PETITION FOR COURT TO TAKE MANDATORY JUDICIAL NOTICE OF SEALED FILING IN CHAMBERS** for filing in this Court in the above matter, by mailing a copy to UNITED STATES OF AMERICA, c/o Lisa Jennis, 2 Renaissance Square, 40 N. Central Avenue, Ste. 1200, Phoenix, AZ 85004-4408.

Please see CERTIFICATE OF SERVICE attached hereto.

Respectfully submitted this 10th day of June 2014,

GORDON LEROY HALL

*/Gordon LeRoy Hall/*

# CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned mailed to:

UNITED STATES OF AMERICA
c/o Lisa Jennis
2 Renaissance Square
40 N. Central Ave., Ste. 1200
Phoenix, AZ 85004-4408

**Serviced By: United States Postal Service**

hereinafter, "Recipient," the documents and sundry papers pertaining to Case #2:2014-cr-00184, as follows:

> **1.) PETITION FOR COURT TO TAKE MANDATORY JUDICIAL NOTICE OF SEALED FILING IN CHAMBERS**, dated the 10th of June 2014 (2 leaves).

This mailing contained a total of two (2) leaves. It was sent via the United States Postal Service under the control, direction, and instruction of the Service as referenced above. The aforesaid mailing was placed in a postpaid envelope properly addressed to the Recipient. It was deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

10 June 2014
DATE

Donald Westover
c/o 3546 East Presidio Circle
Mesa, Arizona
Near. [85213]

---

**LEGAL NOTICE** The Witness named above is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* Intimidating a third party witness under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.