IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR-14-00184-01-PHX-NVW |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Gordon Leroy Hall, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED denying the Defendant's (Pro Se) Petition for Court to Take Mandatory Judicial Notice of Sealed Filings in Chambers (Doc. 44) as moot.

DATED this 16th day of June, 2014.

_____
Neil V. Wake
United States District Judge