1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE DISTRICT OF ARIZONA

8   In the Matter of Criminal Cases set for)
    Trial on September 2, 2014            )        **ORDER**
9                                          )
                                           )
10  _____)

11         The following cases are set for trial on September 2, 2014 before the Hon. Neil V.

12  Wake and have had at least two prior continuances of the trial date or the initial

13  appearance/arraignment was more than 90 days prior to the above trial date:

14

15         CR13-00920 - Kerri Kaye
           CR13-01544 - Alex Vasquez (2)
           CR13-01609 - Manuel Garcia-Lopez (1) & Maria Ramirez (2)
16         CR13-01636 - Aaron Olson
           CR13-08093 - Calvert Woody
17         CR13-08222 - Erick Benally
           CR13-08238 - Audrey James
18         CR14-00184 - Gordan Hall (1), Brandon Adams (2) & Benton Hall (3)
           CR14-00197 - Amber Latham (1)
19         CR14-00637 - Justin Dolan (1)
           CR14-08005 - Shaquille Tenijieth
20         CR14-08010 - Shoshona Holy Bear
           CR14-08048 - Keno Benally
21         CR14-08096 - Warren Blake
           CR14-08100 - Michael Secody
22         CR14-08107 - Morton Clark
           CR14-08113 - Winston Watson
23         CR14-08118 - Mario Munoz-Garcia

24         In order to properly administer the trial calendar, a status conference is necessary.

25         **IT IS HEREBY ORDERED** that all counsel set for trial listed above appear at a

26  status conference on **August 18, 2014, at 2:30 p.m. before Honorable Neil V. Wake**. No

27  counsel shall be excused until the proceedings are concluded.  No substitution of counsel will

28  be permitted. The Court will discuss with counsel if any further pretrial work must be

completed and intends to use the status conference to set applicable cases for a FIRM trial date or to affirm the above trial date.  The Court will also establish a plea cut-off deadline and set a Final Pretrial Conference at this hearing.  Counsel should be prepared to notify the Court if the case is  ready for trial or when it will be ready for trial and of their own trial calendar so that a FIRM trial can be set.  Because this is now intended to be a meaningful status conference, it will now be necessary for the **Defendant(s) to appear in person**.

**IT IS FURTHER ORDERED** that <u>three days prior</u> to attending the status conference, counsel must complete the following:

1. Meet personally and agree:

    a.  Whether the case will proceed to trial or be resolved by a plea.

    b.  What motions, if any, can be resolved by stipulation of counsel.

    c.  What disputed motions, if any, will be filed and need to be resolved.

    d.  Whether either party has filed or anticipates filing motions in limine.

2. File all 404(b) notices and LRCrim 16.1 notices.

3. Resolve any discovery disputes.

The topics listed in paragraphs 1-3 will be discussed and disputed issues resolved at the status conference.

If a plea agreement has been submitted for the setting of a plea hearing or a Motion to Continue Trial has been **granted** by **Wednesday, August 13, 2014**, the status hearing for that Defendant will be vacated.

**IT IS FURTHER ORDERED** that, if at all possible, you shall **e-mail**, not telephone, the courtroom deputy at Nicholas_Sommers@azd.uscourts.gov or view this Court's calendar on the internet at www.azd.uscourts.gov to confirm that the status hearing has been vacated.

ALL STIPULATED MOTIONS TO CONTINUE OR CHANGE OF PLEA DATE REQUESTS MUST BE RECEIVED BY AUGUST 13, 2014, SO THAT THE COURT CAN RULE ON THE MOTION BEFORE COURT CALENDARS ARE FINALIZED.

///

///

No excludable delay shall result from entry of this Order.

DATED this 6th day of August, 2014.

_____

Neil V. Wake
United States District Judge