JOHN S. LEONARDO
United States Attorney
District of Arizona
LISA E. JENNIS
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: lisa.jennis@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Gordon Leroy Hall, et al.,

Defendants.

CR-14-0184-PHX-NVW

**NOTICE OF CONFESSIONS, ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1**

Notice is hereby given, pursuant to Rule 16.1 of the Rules of Practice of the United States District Court for the District of Arizona, that the confessions, admissions and statements contained in the government's disclosure will be introduced into evidence by the government at the trial in this matter. See, *United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

Respectfully submitted this 19th day of December, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/Lisa E. Jennis*
LISA E. JENNIS
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Stephen C. Kunkle
Mark A. Heath, II.
Eric W. Kessler

Mailed via USPS to:
Benton Hall
Register #90000-308
CCA/CADC
P.O. Box 1048
Florence, AZ 85232

*s/Andrea Flores*
U.S. Attorney's Office