**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES - FINAL PRETRIAL CONFERENCE**

Phoenix Division

**CR-14-00184-01-PHX-NVW**         DATE: January 15, 2015
Year    Case No.

HON: NEIL V. WAKE

USA v. Hall           Gordon          Leroy
       Last Name     First Name      Middle Name

DEFENDANT: XX Present __ Not Present __ Released  X Custody ___Writ

Deputy Clerk: Nicholas Sommers   Crt Rptr/ECR: Laurie Adams

U.S Attys: Lisa Jennis and Monica Edelstein     Dfts. counsel: Stephen Kunkle (CJA)
================================================================================
**PROCEEDINGS**:  X Open Court   __ Chambers    __ Other

This is the time set for a final pretrial conference.

11:14 a.m. Counsel and the Defendant are present as stated above. Trial schedule discussed. At the request of the Government, the Indictment will be read to the jury (without the forfeiture allegation). Exhibits discussed. The Court approves the parties' Joint Statement of the Case (Doc. 82). Voir dire questions discussed. The Court and counsel believe that two alternate jurors will be sufficient. The Court advises counsel that it has ordered 50 prospective jurors. The Government will invoke the Rule of Exclusion of Witnesses at trial. The Government indicates it will have one case agent at counsel table during trial. The Court will give final jury instructions prior to closing arguments. Counsel indicate they will jointly modify the current verdict form. Bifurcation of the forfeiture allegation discussed. Jury instructions discussed. Counsel wish to draw the alternate jurors by random lot prior to the beginning of deliberations. Counsel stipulate that the jury will be informed that the Defendant is a convicted felon of a necessary length of sentence without the identifying the nature of the offense being disclosed. Additional stipulation is proposed by defense counsel. Counsel will try to work out an agreement regarding this issue. The Government places on the record the plea offer previously made to the Defendant. The Government is excused from the courtroom. Ex parte (sealed) discussion is held. 12:38 p.m. Court adjourns

Time in Court: 1 hr. and 24 mins.
Hearing Held: 11:14 a.m. to 12:38 p.m.