STEPHEN C. KUNKLE, PLLC
Stephen C. Kunkle, Attorney at Law
5150 North 16th Street, Suite A-222
Phoenix, AZ 85020
AZ State Bar # 016239
Tel: 602.266.6900
Fax: 602.256.1121
E-mail: Kunkle@msn.com
ATTORNEY FOR DEFENDANT Gordon Hall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Gordon Leroy Hall et al,<br>Defendant | Case No:CR14-184-PHX-NVW (MHB)<br>**MOTION TO CHARGE JURY WITH ACCOMPLICE INSTRUCTION** |

Comes now the defendant, GORDON LEROY HALL, by and through undersigned counsel, STEPHEN C. KUNKLE, and respectfully requests that this Court charge the jury with Jury Instruction 4.9 from the 9th Cir. Model Jury Instructions for the reasons set forth herein.

It is expected that the Government's witnesses will detail their involvement in the alleged scheme the jury will have heard regarding the preparation and mailing of allegedly fictitious monetary instruments. As such, their testimony would make them accomplices to the same crimes as charged against the defendant and requires this Court to instruct the jury that their testimony should be viewed with greater caution.

The defendant would request that the Court instruct the jury with the following:

**4.9 TESTIMONY OF WITNESSES INVOLVING SPECIAL CIRCUMSTANCES—**
**IMMUNITY, BENEFITS, ACCOMPLICE, PLEA**

You have heard testimony from Brighton Nicole-Jorgenson and Shannon Hall, witnesses who have received immunity. That testimony was given in exchange for a promise by the government that Brighton Nicole-Jorgenson and Shannon Hall will not be prosecuted and the testimony will not be used in any case against the witness and also admitted being and is alleged to be an accomplice to the crimes charged. An accomplice is one who voluntarily and intentionally joins with another person in committing a crime and you may consider it only in determining this witness's believability].
For these reasons, in evaluating the testimony of Brighton Nicole-Jorgenson and Shannon Hall, you should consider the extent to which or whether her testimony may have been influenced by any of these factors. In addition, you should examine the testimony of Brighton Nicole-Jorgenson and Shannon Hall with greater caution than that of other witnesses. *(As modified)*

WHEREFORE, the defendant respectfully requests that this Court add the jury instruction to the instructions to be given to the jury at the conclusion of the case.

RESPECTFULLY SUBMITTED
Dated this 21st day of January 2015

By: */s/Stephen C. Kunkle*
Stephen C. Kunkle
Attorney for Defendant

I hereby certify that on January 21st 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

The Honorable Neil V. Wake
United States District Court Judge

Clerk of Court
United State District Court

Lisa Jennis
Assistant United States Attorney
40 North Central Avenue
Phoenix, AZ 85004