## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### CRIMINAL TRIAL MINUTES

Phoenix Division

<u>CR-14-00184-01-PHX-NVW</u>          DATE: <u>01/21/2015</u>
 Year    Case No.  Dft #

HON: <u>NEIL V. WAKE</u>

USA  v. <u>Gordon Leroy Hall</u>

DEFENDANT: <u>XX</u> Present  __Not Present  __ Released <u>X</u> Custody __Writ

Deputy Clerk: <u>Nicholas Sommers</u>  Crt Rptr: <u>Elizabeth Lemke</u>

U.S. Attys: <u>Lisa Jennis and Monica Edelstein</u>
Dfts Atty: <u>Stephen Kunkle (CJA)</u>

---

**PROCEEDINGS:/ XX /JURY TRIAL /_/COURT TRIAL /_/VOIR DIRE /_/JURY SWORN**

<u>Trial Day #2</u>

9:06 a.m. Counsel and Defendant are present as stated above. Discussion is held regarding the Defendant's Motion to Charge Jury with Accomplice Instruction (Doc. 95). Jury instructions discussed. 9:17 a.m. Recess.

9:35 a.m. Court reconvenes. The jury is present. **Government's case continues:** Cross examination of T.W. Lyons continues. Redirect examination begins. The witness is excused. Jo Lynn Colegrove is sworn and examined. Cross examination begins. Redirect examination begins. Defense counsel makes a motion for mistrial at sidebar. Oral motion denied. Defense counsel asks follow-up questions. The witness is excused. Agent Harold Argetsinger is sworn and examined. Exhibit 8 is admitted into evidence. 10:47 a.m. Recess.

11:07 a.m. Court reconvenes. The jury is present. Direct examination of Agent Harold Argetsinger continues. Cross examination begins. Exhibit 101 is admitted into evidence. The witness is excused. Special Agent Kathleen Neri is sworn and examined. Exhibits 9 and 10 are admitted into evidence. Cross examination begins. 12:06 p.m. Recess.

1:16 p.m. Court reconvenes. The jury is not present. Trial schedule discussed. The jury is present. Cross examination of Special Agent Kathleen Neri continues. Redirect examination begins. The witness is excused. Shannon Hall is sworn and examined. The witness identifies the Defendant. Exhibits 11 and 12 are admitted into evidence. Cross examination begins. Redirect examination begins. The witness is excused. Defense counsel makes a motion for mistrial at sidebar. Oral motion denied. Special Agent Adam Nixon is sworn and examined. Exhibits 13, 14, 19, 20, and 29 are admitted into evidence. The jury is excused. Jury instructions briefly discussed. 3:10 p.m. Recess.

3:32 p.m. Court reconvenes. The jury is present. Cross examination of Special Agent Adam Nixon begins. Redirect examination begins. The witness is excused. Brighton Jorgensen is sworn and examined. Cross examination begins. Redirect examination begins. The witness is excused. The jury is excused for the day. 5:03 p.m. Recess.

5:15 p.m. Court reconvenes. Jury instructions discussed. 5:58 p.m. Court stands in recess until a little

before 9:00 a.m. on 01/22/15.

Time in Court: <u>6 hrs. 30 mins.</u>
Hearing Held: <u>9:06 a.m. to 5:58 p.m.</u>