X FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 2 2 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## WITNESS LIST - CRIMINAL

☐ Motion to Suppress ☐ Non-Jury Trial ☒ Jury Trial

United States vs. Gordon Leroy Hall
Last, First, Middle Initial

CR-14-00184-1-PHX-NVW
Case Number-Judge Judge

☒ GOVERNMENT ☐ DEFENDANT

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 1. | T.W. Lyons (IRS) | G | 01/20/15 | 01/20/15 01/21/15 |
| 2. | Jo Lynn Colegrove (IRS) | G | 01/21/15 | 01/21/15 |
| 3. | Harold Argetsinger (U.S. Postal Inspector's Office) | G | 01/21/15 | 01/21/15 |
| 4. | Special Agent Kathleen Neri (IRS) | G | 01/21/15 | 01/21/15 |
| 5. | Shannon Hall | G | 01/21/15 | 01/21/15 |
| 6. | Adam Nixon (FBI) | G | 01/21/15 | 01/21/15 |
| 7. | Brighton Nichole Jorgensen | G | 01/21/15 | 01/21/15 |
| 8. | Robert M. Tobias (FBI) | G | | |
| 9. | Greg Cowan (ATF) | G | | |
| 10. | William Kerr | G | 01/22/15 | 01/22/15 |
| 11. | | G | | |
| 12. | | G | | |
| 13. | | G | | |
| 14. | | G | | |
| 15. | | G | | |