UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**EXHIBIT LIST --- CRIMINAL**

☐ Motion to Suppress  ☐ Non-Jury Trial  ☒ Jury Trial

USA vs. Hall, Gordon L
*Last, First, Middle Initial*

CR-14-00184-1-PHX-NVW
*Year-Case No-Deft No-Judge*

☒ GOVERNMENT  ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | | 01/20/15 | Certified Money Order, 1996 Form 1040-V payment Voucher, Affidavit of Service |
| 2. | | 01/20/15 | Certified Money Order, 1997 Form 1040-V payment Voucher, Affidavit of Service |
| 3. | | 01/20/15 | Gordon Leroy Hall's Tax Year 1996 IRS Account Transcript |
| 4. | | 01/20/15 | Gordon Leroy Hall's Tax Year 1997 IRS Account Transcript |
| 5. | | 01/20/15 | Gordon Leroy Hall's Notice of Assessment /90 day letter |
| 6. | | 01/20/15 | Package received on or about August 3, 2011, by the Western Area SB/SE Division of the Internal Revenue Service |
| 7. | | 01/20/15 | Package received on or about December 7, 2012, by the Western Area SB/SE Division of the Internal Revenue Service |
| 8. | | 01/21/15 | Photographs taken at US Post Office |
| 9. | | 01/21/15 | Money Order, 1996 Forms 1040-V payment Voucher, and Affidavits of Service |
| 10. | | 01/21/15 | Money Order, 1997 Forms 1040-V payment Voucher, and Affidavits of Service |
| 11. | | 01/21/15 | Email dated December 6, 2012, with Subject "Re: Please look over these docs for dad. I still need to file a UCC will do that when you are done" with attachment(s) |
| 12. | | 01/21/15 | Email dated January 25, 2013, with Subject "Money Order Spreadsheet" with attachment(s) |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 13. | | 01/21/15 | Dell Printer |
| 14. | | 01/21/15 | Check Stock Paper |
| 15. | | | Certified Judgment & Commitment Order from Southern District of New York |
| 16. | | | Kriss Vector CRB .45 caliber ACP semi-automatic rifles, Serial Number 45C009091 |
| 17. | | | Kriss Vector CRB .45 caliber ACP semi-automatic rifles, Serial Number 45C008839 |
| 18. | | | Springfield Armory model XD .40 caliber pistol, Serial Number US437985 |
| 19. | | 01/21/15 | Photographs of Gordon Leroy Hall's house on Presidio Circle, Mesa, Arizona |
| 20. | | 01/21/15 | Photographs of Brandon Adams's house on Sandia Circle, Mesa, Arizona |
| 21. | | | Federal Search Warrant for 3546 E. Presidio Circle, Mesa, Arizona |
| 22. | | | Federal Search Warrant for Firearms at 3546 E. Presidio Circle, Mesa, Arizona |
| 23. | | | Federal Search Warrant for 1635 N. Greenfield Rd, Suite 126, Mesa, Arizona |
| 24. | | | Federal Search Warrant for at 7158 East Sandia Circle, Mesa, Arizona |
| 25. | | | Civil History Transcript for Gordon Leroy Hall |
| 26. | | | ATF Interstate Nexus Report |
| 27. | | | Photo Log from Search Warrant at 3546 E. Presidio Circle, Mesa, Arizona |
| 28. | | | Sketch of Presidio Circle Residence |
| 29. | | 01/21/15 | Sketch of Sandia Circle Residence |
| 30. | | | Photograph of Gordon Leroy Hall |