UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress  ☐ Non-Jury Trial  ☑ Jury Trial

Case Number CR- 14-0184-PHX-NVW     Judge Code _____    Date 01/20/2015
             Year Case No. Deft No.

USA v. HALL, GORDON LEROY
        Last    First    Middle

☐ Government    ☑ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 100 | | 01/20/15 | Registered Mail domestic return receipts (2). Postal Form 3811 (received by Gloria Ross) 1) RE 261 089 801 US 2) RE 261 089 815 US   Two pages total - second page is postcard mailed to sender as receipt of mailing (to Brighton Nicole Jorgenson) |
| 101 | | 01/21/15 | Registered Mail mailing receipts (2) Postal Form 3806 receipt for mailed/sent registered mail (Brighton Nicole Jorgenson) 1) RE 261 089 801 US 2) RE 261 089 815 US (one page) |
| 102 | | | Affidavit of Service Brighton Nicole Jorgenson, January 28, 2013, Registered Mail No. RE 261 089 801 US (1997) |
| 103 | | | Affidavit of Service Brighton Nicole Jorgenson, January 28, 2013, Registered Mail No. RE 261 089 815 US (1996) |
| 104 | | | Photo of closet behind book shelf Master Bedroom - original packaging |
| 105 | | 01/22/15 | money order images |

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 2 2 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY