```
X  FILED      ___ LODGED
___ RECEIVED  ___ COPY

     JAN 2 2 2015

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br>vs.<br>Gordon Leroy Hall,<br>                 Defendant. | CR 14-00184-1-PHX-NVW<br><br>**VERDICT FORM** |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, find the defendant, Gordon Leroy Hall:

As to Making a Fictitious Instrument, as charged in Count 1 of the Indictment:

_____ Not Guilty       \_\_✓_____ Guilty

As to Making a Fictitious Instrument, as charged in Count 2 of the Indictment:

_____ Not Guilty       \_\_✓_____ Guilty

/ / /

As to Using a Fictitious Instrument, as charged in Count 3 of the Indictment:

_____ Not Guilty        \_\_\_✓\_\_\_ Guilty

As to Using a Fictitious Instrument, as charged in Count 4 of the Indictment:

_____ Not Guilty        \_\_\_✓\_\_\_ Guilty

DATED this 22 day of January, 2015.

_____Juvy 12_____
FOREPERSON