IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Gordon Leroy Hall,

Defendant.

No. CR-14-00184-01-PHX-NVW

**ORDER**

The Court having reviewed the Government's Unopposed Motion to Dismiss Count Five of the Indictment without Prejudice (Doc. 104), and good cause appearing;

**IT IS ORDERED** granting the Government's Unopposed Motion to Dismiss (Doc. 104).

**IT IS FURTHER ORDERED** dismissing Count Five of the Indictment without prejudice.

Dated this 9th day of February, 2015.

Neil V. Wake
United States District Judge