IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Gordon Leroy Hall,<br>Defendant. | No. CR-14-00184-01-PHX-NVW<br>**ORDER** |

Defendant Gordon Leroy Hall has sent to the Clerk of the Court two documents, both seeking dismissal of this action. Both are groundless. However, Defendant is represented by counsel and may not file court papers on his own.

IT IS THEREFORE ORDERED that the Clerk not file the two papers submitted by Defendant and that the Clerk mail the originals to Defendant's counsel of record.

DATED this 10th day of April, 2015.

Neil V. Wake
United States District Judge