# NOTICE

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LR CV 5.4
(Rule Number/Section)

Registered Agent,
Gordon LeRoy Hall
CCA, P.O. Box 6300
Florence, Arizona

21 April 2015

FILED / RECEIVED / LODGED / COPY
APR 27 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

Clerk of Court/Appointed Trustee
United States District Court
401 W. Washington St., SPC-1
Phoenix, Arizona 85003-2118

RE: Possible Misguided Forwarding of Documents
Case: 2:14-CR-00184-NVW

Dear Clerk of Court/Appointed Trustee:

It seems that my efforts to return the property in good faith pursuant to Title 12 USC 95a(2) and Title 50 USC, appendix §1-44 are possibly misguided. I do not intend to shirk my personal responsibilities as the registered agent with the duty to forward the property and all legal process to or for the account of the United States. Forgive me!

I am requesting your assistance to remedy (if needed) immediately any error, either by allowing me to send someone to pick up the documents possibly mistakenly received by the

by the court, or I am willing to compensate you or the party responding for time and expense to forward the property to the owner-operator of the account made to the governor of the State of California the executive head of the state owned defendant entity known as GORDON LEROY HALL.

Please respond forthwith to the undersigned as to your choice in the matter.

If you fail to respond in writing to the undersigned registered agent I will accept your silence as an agreement between the parties that my good faith effort to fulfill my personal responsibilities in the capacity of registered agent for the defendant have been executed by you in my behalf by forwarding said documents and process to the appropriate administrative official to resolve the matter in priority with Title 12USC 95a(2) and Title 50USC appendix §1-44. Said official in my present understanding being the Governor of the State of California being the administrative head of the State owned defendant GORDON LEROY HALL.

Respectfully,
By: Gordon LeRoy Hall
REGISTERED AGENT

cc: Honorable, Neal V. Wake

# AFFIDAVIT OF SERVICE

Pinal County } affirmed and Subscribed
Arizona State }

It is hereby certified that on the 23 day of april 2015, the Undersigned mailed to:

| ORIGINAL: | COPY: |
| --- | --- |
| Clerk of Court / Appointed Trustee | Honorable Neal V. Wake |
| United States District Court | U.S. District Court |
| 401 W Washington St., SPC-1 | 401 W. Washington St., SPC-1 |
| Phoenix, Arizona 85003 | Phoenix, Arizona 85003 |

hereinafter "Recipients" the documents and sundry papers regarding Case: 2:14-cr-00184 as follows:

1. NOTICE letter regarding possible misguided forwarding of documents (2 pages), dated 21 april 2015

A total of three (3) pages including this AFFIDAVIT OF SERVICE by placing into a mail receptacle at CCA Florence Arizona properly addressed to Recipients above.

I, Benton Tyler Thomas, certify under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Benton Tyler Thomas
1155 N. Pinal Parkway
Florence, Arizona