```
                    UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ARIZONA

                    _____


   United States of America,    )
                                )   No. CR 14-0184-1-PHX-NVW
                 Plaintiff,     )
                                )
           vs.                  )   Phoenix, Arizona
                                )   June 15, 2015
   Gordon Leroy Hall,           )   4:54 p.m.
                                )
                 Defendant.     )
   _____)


           BEFORE:   THE HONORABLE NEIL V. WAKE, JUDGE




              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                 (Status Hearing re:  Sentencing)
```

Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1   APPEARANCES:

 2   For the Plaintiff:

 3           U.S. ATTORNEY'S OFFICE
             By:  Lisa Jennis, Esq.
 4           By:  Monica B. Edelstein, Esq.
             40 N. Central Avenue, Suite 1200
 5           Phoenix, Arizona 85004

 6   For the Defendant:

 7           STEPHEN C. KUNKLE PLLC
             By:  Stephen C. Kunkle, Esq.
 8           5150 N. 16th Street, Suite A222
             Phoenix, Arizona 85016
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | THE COURTROOM DEPUTY: This is Criminal Case | |
| 3 | 2014-184-01, United States of America versus Gordon Leroy Hall. | |
| 4 | This is the time set for sentencing. | |
| 5 | Counsel, please announce for the record. | 16:54:29 |
| 6 | MS. JENNIS: Good afternoon, Your Honor. Lisa Jennis | |
| 7 | and Monica Edelstein for the United States along with Special | |
| 8 | Agent from the IRS, Kathleen Neri. | |
| 9 | MR. KUNKLE: Good afternoon, Your Honor. Stephen | |
| 10 | Kunkle on behalf of Mr. Hall. He has been escorted into the | 16:54:41 |
| 11 | courtroom. He is present and seated over to my right. | |
| 12 | THE COURT: All right. Good afternoon, counsel. And | |
| 13 | good afternoon, Mr. Hall. Well, Mr. Hall, we went very much | |
| 14 | late in the matter before you, and we give everybody all the | |
| 15 | time their proceeding takes. That's why we are not able to | 16:54:57 |
| 16 | start your sentencing or the other matters on time. And so we | |
| 17 | need to schedule a time to come back. We need to get you back | |
| 18 | on the bus so we don't hold everyone else up. | |
| 19 | I have spoken briefly with counsel, and it appears | |
| 20 | that tomorrow afternoon, say, 1:30, is that workable for | 16:55:17 |
| 21 | everyone? | |
| 22 | MR. KUNKLE: Your Honor, I don't -- I'm available. I | |
| 23 | don't think that's a problem at the office at all. I will | |
| 24 | explain it to Mr. Peterson what the circumstances are. So I | |
| 25 | will be available tomorrow at 1:30. | 16:55:29 |

THE COURT: And let's talk for a minute. We have the ex parte matter first. And I have no idea how long that will take. Ms. Jennis, I thought it might make sense since we don't need you for the ex parte matter, and I would be quite surprised if that takes less than a half hour.

MR. KUNKLE: I was going to ask Your Honor, I know I feel bad for your court reporter, the probation officer, and Mr. Sommers. You and I can probably stay here for a while well into the evening.

THE COURT: But we need to keep -- Mr. Hall needs to be here.

MR. KUNKLE: Right. If we want to take it up at a different time tomorrow prior to sentencing, I don't have a problem with that either.

THE COURT: I'm sort of setting the whole afternoon to take care of both tomorrow.

MR. KUNKLE: All right.

THE COURT: And as I said, I don't want to hold the bus of everyone to hold everyone up. So Mr. Hall, we need to let you go at this time then.

Let me think. Why don't we start at 1:15 tomorrow. 1:15. Now, Ms. Jennis, we don't -- you don't need to come here at the beginning unless you want to wait outside. I was -- and Mr. Kunkle, tell me if you think differently. But my thought is I would be very surprised if that takes less than a half

```
 1   hour.  Might take a lot longer.  One thought is we could tell
 2   the government to be here at like an hour later or maybe --
 3           MR. KUNKLE:  2:00.
 4           THE COURT:  2:00.  45 minutes.
 5           MR. KUNKLE:  That's fine.                               16:57:10
 6           THE COURT:  Now, if -- you all know how it works.  If
 7   we end up having to keep you waiting outside for a long time
 8   it's because it was necessary.  So all right.  Very well then.
 9   We will be adjourned until 1:15 tomorrow afternoon.
10           MR. KUNKLE:  Thank you, Your Honor.                     16:57:27
11           (Proceeding recessed at 4:57 p.m.)
```

C E R T I F I C A T E

I, LAURIE A. ADAMS, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 7th day of September, 2015.

s/Laurie A. Adams
_____
Laurie A. Adams, RMR, CRR